IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PHILIP J. CHARVAT,

    Plaintiff,

v.

DISCOVER FINANCIAL SERVICES INC., et al.

    Defendants.

Case No. 2:09-cv-490

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

On July 24, 2009, Defendants Discover Financial Services, Inc. and Discover Bank filed a motion to dismiss certain claims contained in Plaintiff's complaint. With the Court's leave, Plaintiff filed an amended complaint on March 2, 2010. In light of Plaintiff's amended complaint, Defendants' motion to dismiss (Document 5) is hereby **DENIED** as moot.

**IT IS SO ORDERED.**

3-18-2010

**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**