IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Philip J. Charvat,

    Plaintiff,                         Civil Action:   2:09-cv-0490

                                            JUDGE SARGUS

  vs.                                       Magistrate Judge Kemp

Discover Financial Services, Inc., et al.,

    Defendants.

## NOTICE OF SETTLEMENT CONFERENCE

Under the provisions of **E.D. Order 01-2,** this case is hereby noticed for December 2009, Settlement Week mediation.

**December 17, 2010 at 9:00 a.m. with Mediator Sandra L. Lynskey**

Please report to the Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio for **the posting of mediation room assignments OUTSIDE room 121.**

The **rules for mediation** are:
1. **Each party** and their **trial attorney** must **attend.**
2. No later than *November 29, 2010*, **plaintiff** must serve a fully documented written **settlement demand** on the mediator and counsel for all other parties.
3. No later than *December 6, 2010*, defendant must make a reasoned written **response** served on all counsel and the mediator.
4. All settlement discussions shall be subject to Federal Evidence Rule 408.

*CANCELLATION.* If **all counsel** agree that the case should not be mediated during the December 2009 Settlement Week, they **must** initiate a telephone conference call with Magistrate Judge Kemp [(614) 719-3410] **no later than December 6, 2010**. If the parties disagree on that issue, the party seeking cancellation **must** file a **motion** no later than **December 6, 2010.** The motion must be **supported by a memorandum which complies with E.D. Order 01-2** and **which is served on the client.**

                                            Terence P. Kemp
                                            United States Magistrate Judge

November 15, 2010

                                            */s/ Wanda J. Harrison*
                                            Wanda J. Harrison, Deputy Clerk
                                            (614) 719-3023

Mediator
Sandra L. Lynskey, Auditor of Sate Mary Taylor, COA, 88 East Broad Street, 5th Floor, Columbus OH 43215; 614.466.4514; sllynskey@auditor.state.oh.us and dlcarr@auditor.state.oh.us