**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Philip J. Charvat,** | ) | **CASE NO. 2:09-CV-00490** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE EDMUND A. SARGUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **Discover Financial Services, Inc., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Philip J. Charvat and Defendants DFS Services LLC f/k/a Discover Financial Services LLC, Discover Bank, Americall Group, Inc., and Consolidated Communications Market Response, Inc. f/k/a Consolidated Market Response, Inc., n/k/a Consolidated Communications Enterprise Services, Inc., stipulate and agree to the dismissal with prejudice of all claims asserted in this case against any party.  Each party shall bear his/its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Philip J. Charvat by Emily E. Root per authority* <br> Philip J. Charvat (pro se) <br> 636 Colony Drive <br> Westerville, Ohio 43081 <br> (614) 895-8940 <br> pjcharvat@hotmail.com <br><br> Plaintiff | */s/ Steven A. Friedman* <br> Steven A. Friedman (0060001), Trial Attorney <br> steven.friedman@ssd.com <br> SQUIRE SANDERS & DEMPSEY (US) LLP <br> 4900 Key Tower <br> 127 Public Square <br> Cleveland, Ohio 44114-1304 <br> (216) 479-8500, (216) 479-8780 fax <br><br> Emily R. Root, Of Counsel (0076378) <br> emily.root@ssd.com <br> SQUIRE SANDERS & DEMPSEY (US) LLP <br> 41 South High Street, Suite 2000 <br> Columbus, Ohio 43215 <br> (614) 365-2803, (614) 365-2499 fax <br><br> Attorneys for Defendants Discover Financial Services, Inc. (n/k/a DFS Services LLC) and Discover Bank |
| */s/ James B. Hadden by Emily E. Root per authority* <br> James B. Hadden (0059315), Trial Attorney <br> Eric B. Gallon (0071465) <br> PORTER WRIGHT MORRIS & ARTHUR LLP <br> 41 South High Street, Suite 3000 <br> Columbus, Ohio  43215-6194 <br> (614) 227-2190; (614) 227-2100 fax <br> jhadden@porterwright.com <br> egallon@porterwright.com <br><br> Attorneys for Defendant Americall Group, Inc. | */s/ Joseph E. Ezzie by Emily E. Root per authority* <br> Joseph E. Ezzie (0075446), Trial Attorney <br> Robert Tucker (0082205) <br> BAKER & HOSTETLER LLP <br> 65 East State Street, Suite 2100 <br> Columbus, Ohio 43215-4260 <br> (614) 228-1541, (614) 462-2616 fax <br> jezzie@bakerlaw.com <br> rtucker@bakerlaw.com <br><br> Attorneys for Defendant CMR |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June 2011, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket system.

I further certify that on this 1st day of June 2011, a copy of the foregoing was sent via U.S. Mail, postage pre-paid, to the following:

>Philip J. Charvat
>636 Colony Drive
>Westerville, Ohio 43081
>
>*Plaintiff*

>/s/ Emily E. Root
>One of the Attorneys for Defendants Discover Financial Services, Inc. (n/k/a DFS Services LLC) and Discover Bank